13

United States District Court
Southern District of Texas
FILED

AUG 2 9 2017

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **Criminal No.** M-17-1289 |
| **BRANDON BAZAN-RODRIGUEZ** | § | |
| **also known as "Viper"** | § | |
| **CARLOS RAMZEL MALDONADO** | § | |
| **RACHEL ALENE SOTO** | § | |
| **GERARDO FIGUEROA** | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about April 13, 2017 through on or about May 26, 2017 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

### BRANDON BAZAN-RODRIGUEZ
### also known as "Viper"
### CARLOS RAMZEL MALDONADO
### and
### RACHEL ALENE SOTO

did fraudulently or knowingly receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise, article or object, to wit: four Century Arms, Model RAS47, 7.62x39mm caliber rifles; a Bersa, Model Thunder, .380 caliber pistol; and a Smith & Wesson, Model SD9VE, 9mm caliber pistol, prior to exportation, knowing the same to be intended for exportation contrary to Title 22, United States Code, Sections 2778(b)(2) & 2778(c) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and 127.3, a law and regulation of the United States.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT TWO

On or about April 11, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**BRANDON BAZAN-RODRIGUEZ**
**also known as "Viper"**
**CARLOS RAMZEL MALDONADO**
**and**
**GERARDO FIGUEROA**

in connection with the acquisition of a firearm, namely, a Century Arms, Model RAS47, 7.62x39mm caliber rifle, from Academy Sports & Outdoors, in Pharr, Texas, a federally licensed firearms dealer under Chapter 44 of Title 18 of the United States Code, knowingly made and aided, abetted, counseled, commanded, or induced, or procured the commission of the making of a false and fictitious written statement to Academy Sports & Outdoors, which statement was intended and likely to deceive Academy Sports & Outdoors as to a fact material to the lawfulness of the sale of the firearms under Chapter 44 of Title 18 of the United States Code, in that GERARDO FIGUEROA falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473 that he was the actual buyer of the firearm described above, when in truth and fact the defendants knew that those statements and representations were false and that GERARDO FIGUEROA was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT THREE

On or about April 25, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**BRANDON BAZAN-RODRIGUEZ**
**also known as "Viper"**
**and**
**CARLOS RAMZEL MALDONADO**

in connection with the acquisition of a firearm, namely, a Century Arms, Model RAS47, 7.62x39mm caliber rifle, from Academy Sports & Outdoors, in Pharr, Texas, a federally licensed firearms dealer under Chapter 44 of Title 18 of the United States Code, knowingly made and aided, abetted, counseled, commanded, or induced, or procured the commission of the making of a false and fictitious written statement to Academy Sports & Outdoors, which statement was intended and likely to deceive Academy Sports & Outdoors as to a fact material to the lawfulness of the sale of the firearms under Chapter 44 of Title 18 of the United States Code, in that CARLOS RAMZEL MALDONADO falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473 that he was the actual buyer of the firearm described above, when in truth and fact the defendants knew that those statements and representations were false and that CARLOS RAMZEL MALDONADO was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT FOUR

On or about May 26, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**BRANDON BAZAN-RODRIGUEZ**
**also known as "Viper"**
**and**
**RACHEL ALENE SOTO**

in connection with the acquisition of a firearm, namely, a Century Arms, Model RAS47, 7.62x39mm caliber rifle, from Academy Sports & Outdoors, in McAllen, Texas, a federally licensed firearms dealer under Chapter 44 of Title 18 of the United States Code, knowingly made and aided, abetted, counseled, commanded, or induced, or procured the commission of the making of a false and fictitious written statement to Academy Sports & Outdoors, which statement was intended and likely to deceive Academy Sports & Outdoors as to a fact material to the lawfulness

of the sale of the firearms under Chapter 44 of Title 18 of the United States Code, in that RACHEL

ALENE SOTO falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473

that she was the actual buyer of the firearm described above, when in truth and fact the defendants

knew that those statements and representations were false and that RACHEL ALENE SOTO was

not the actual buyer of the firearm.

    In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

                  A TRUE BILL

                  FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY